**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS ARTURO PARRA CAMACHO, a.k.a. Luis Camacho Parra, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-74249 <br><br> Agency No. A095-660-807 <br><br> MEMORANDUM[*] |

On Remand From The United States Supreme Court

Before:     TALLMAN, CLIFTON, and CALLAHAN, Circuit Judges.[**]

Luis Arturo Parra Camacho petitions for review of the Board of Immigration

Appeals' ("BIA") order upholding an immigration judge's denial of cancellation of

removal under 8 U.S.C. § 1229b(a).  In our original decision, we relied on

*Mercado-Zazueta v. Holder*, 580 F.3d 1102 (9th Cir. 2009), to hold that Parra

Camacho could impute his stepfather's legal status to himself to meet the five-year

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     Following the death of Judge Beezer, Judge Clifton was drawn to replace Judge Beezer on the panel.

lawful permanent residence requirement under 8 U.S.C. § 1229b(a)(1). We therefore granted the petition for review. *Camacho v. Holder*, 412 F. App'x 32 (9th Cir. 2011) (unpublished). The Supreme Court granted certiorari, vacated our decision, and remanded for reconsideration in light of *Holder v. Martinez Gutierrez*, 132 S. Ct. 2011, 2017 (2012). *See Holder v. Camacho*, — S. Ct. —, 2012 WL 1912199 (May 29, 2012).

Because *Mercado-Zazueta* is no longer valid precedent on the issue of imputation under 8 U.S.C. § 1229b, *see Sawyers v. Holder*, — F.3d —, 2012 WL 2507513 (9th Cir. June 29, 2012) (per curiam), we now reject Parra Camacho's imputation argument concerning his stepfather's lawful permanent residence.

As the parties do not dispute that Parra Camacho, on his own, lacks the requisite lawful permanent residence, we uphold the BIA's decision to deny cancellation of removal.

**PETITION FOR REVIEW DENIED.**